JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL EDWARD CHANDLER, <br><br> Petitioner, <br><br> v. <br><br> JEFFREY BEARD, Secretary, <br><br> Respondent. | Case No. ED CV 15-673-JVS (SP) <br><br> **JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: May 30, 2018

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE